Same case below, 414 Fed. Appx. 891.

**No. 11-5005. Marcellus Williams, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

565 U.S. 1015, 132 S. Ct. 549, 181 L. Ed. 2d 399, 2011 U.S. LEXIS 8059.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5294. Cheryl L. Bartelt, Petitioner v. Illinois.**

565 U.S. 1015, 132 S. Ct. 550, 181 L. Ed. 2d 399, 2011 U.S. LEXIS 8017.

November 7, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 241 Ill. 2d 217, 349 Ill. Dec. 949, 948 N.E.2d 52.

**No. 11-6123. Glen P. Watkins, Petitioner v. Lanny Johnson, Superintendent, Franklin Parish School Board, et al.**

565 U.S. 1015, 132 S. Ct. 550, 181 L. Ed. 2d 399, 2011 U.S. LEXIS 7993.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 331.

**No. 11-6160. Vincent Weston, Petitioner v. John Prelesnik, Warden.**

565 U.S. 1015, 132 S. Ct. 551, 181 L. Ed. 2d 399, 2011 U.S. LEXIS 7989.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6164. Timothy Hobson, Petitioner v. Rosanne Campbell, Warden.**

565 U.S. 1015, 132 S. Ct. 551, 181 L. Ed. 2d 399, 2011 U.S. LEXIS 7962.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6176. Dejuan Hines, Petitioner v. K. Harrington, Warden.**

565 U.S. 1015, 132 S. Ct. 552, 181 L. Ed. 2d 399, 2011 U.S. LEXIS 7997.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6181. Carlos McGrew, Petitioner v. Edward A. Dufresne, Jr., et al.**

565 U.S. 1015, 132 S. Ct. 552, 181 L. Ed. 2d 399, 2011 U.S. LEXIS 7963.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6187. Ray Aguirrez Matos, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1016, 132 S. Ct. 571, 181 L. Ed. 2d 399, 2011 U.S. LEXIS 7927,

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.